636 A.2d 516

THE NATIONAL STATE BANK OF ELIZABETH v. GLADYS
GONZALEZ v. HENRY CISNEROS, ET AL.

November 18, 1993.

## ORDER

Leave to appeal is granted.

■

636 A.2d 516

MICHAEL CRAWN v. JOHN CAMPO.

November 18, 1993.

## ORDER

Leave to appeal is granted.

■

636 A.2d 516

STEVEN CIVALIER, ETC., ET AL. v. THE ESTATE
OF MARGARET TRANCUCCI, ET AL.

ANTHONY F. PREVITE, ET AL. v. THE ESTATE OF MARGARET
TRANCUCCI, ET AL. AND J. HEWILL & SONS.

December 9, 1993.

## ORDER

Leave to appeal is granted.